No. 04–8288. VALENCIA v. KIRKLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8324. FRAZIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8536. LAMBERT v. BLACKWELL, ADMINISTRATOR, EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8614. STEPHANATOS v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8849. COFFMAN v. CALIFORNIA; and
No. 04–8889. MARLOW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–9259. HASKELL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–9338. SANDOVAL v. BENTLEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9353. METZLER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–9354. MEREDITH v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–9357. CRAFT v. WALLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–9362. SMITH v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–9363. AVERY v. MICHIGAN. Cir. Ct. Antrim County, Mich. Certiorari denied.

No. 04–9368. GALANDREO v. PERLMAN, SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9370. ELLIS v. UDOVIC. C. A. 9th Cir. Certiorari denied.